

United States District Court
Eastern District of California

| Quint Dunaway, et. al., |
| --- |

Plaintiff(s)

Case Number: | 2:26-cv-00472-DAD-SCR |

V.

| Netflix, Inc. |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Noah Heinz hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs

On _____12/17/2019_____ (date), I was admitted to practice and presently in good standing in the

_____District of Columbia Court of Appeals_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:_____02/25/2026_____    Signature of Applicant: /s/ _____Noah Heinz_____

**Pro Hac Vice Attorney**

Applicant's Name:      Noah Heinz

Law Firm Name:      Pak Heinz P.L.L.C.

Address:      20 F Street N.W.

7th Floor

City:      District of Columbia     State:   DC   Zip:   20001

Phone Number w/Area Code:   (202) 505-6354

City and State of Residence:   Arlington, Virginia

Primary E-mail Address:   noah.heinz@pakheinz.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Albert Pak

Law Firm Name:      Pak Heinz P.L.L.C.

Address:      20 F Street N.W.

7th Floor

City:      District of Columbia     State:   DC   Zip:   20001

Phone Number w/Area Code:   (202) 505-6350     Bar #   361123

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    February 25, 2026

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT